# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMPROVED SEARCH LLC, | ) |
| Plaintiff, | ) ) ) C.A. No. 15-cv-262-SLR |
| v. | ) ) **JURY TRIAL DEMANDED** |
| AOL INC., | ) ) |
| Defendant. | ) ) |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff, at the request of Defendant AOL Inc. ("AOL"), hereby moves to extend the deadline for AOL to answer, move or otherwise respond to the Complaint to May 18, 2015. AOL has not yet retained Delaware counsel and, therefore, requested that Plaintiff file this motion. Plaintiff does not oppose the extension sought by AOL.

Date: April 8, 2015

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Delaware Counsel for Plaintiff*